UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| SARAH ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-cv-00361-TKS-SLC |
| | ) | |
| PETSMART, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) if of the Federal Rules of Civil Procedure, the parties  stipulate to the  dismissal of this lawsuit with prejudice, with each party to bear her or its own costs and attorneys' fees.  The dismissal shall serve as a full and complete adjudication on the merits.


Respectfully submitted,


Eilbacher Fletcher, LLP

s/ Patrick L. Proctor (w/consent)_____
Patrick L. Proctor, Atty. No. 17509-02
803 South Calhoun Street
Suite 400
Fort Wayne, IN  46802
Telephone:  260.425.9777
Facsimile:  260.424.9177
*proctor@eflawyers.com*


Attorney for Plaintiff, Sarah Ross

Ogletree, Deakins, Nash,
    Smoak & Stewart, P.C.

By:  s/ John A. Drake_____
    John K. Henning, Atty. No. 25203-49
    John A. Drake, Atty. No. 28534-02
    111 Monument Circle, Suite 4600
    Indianapolis, Indiana  46204
    Telephone:  (317) 916-1300
    Facsimile:  (317) 916-9076
    *john.henning@ogletreedeakins.com*
    *john.drake@ogletreedeakins.com*

Attorneys for Defendant, PetSmart, Inc.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 16, 2017 the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system:

Patrick L. Proctor
proctor@eflawyers.com


s/ John A. Drake


29837672.1

2